**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 08-8466

———————————

TERRY COOPER,

                Plaintiff - Appellant,

      v.

K. MILLER, Sergeant, individually and in his official
capacity; NURSE MCDOUGAL, individually and in her official
capacity; EDWARD J. TURMELL, individually and in his
official capacity,

                Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Cameron McGowan Currie, District
Judge.  (3:08-cv-01006-CMC)

———————————

Submitted: April 20, 2009          Decided: May 12, 2009

———————————

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Terry Cooper, Appellant Pro Se.  Edward A. Love, WILLCOX, BUYCK
& WILLIAMS, PA, Florence, South Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry Cooper appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cooper v. Miller, No. 3:08-cv-01006-CMC (D.S.C. filed Oct. 31, 2008 & entered Nov. 3, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED